ERIK BABCOCK, SBN 172514
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405

Attorney For Defendant
BRIAN BROWNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-329 VRW |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS APPEARANCE ON FORM 12** |
| v. | |
| BRIAN BROWNING, | |
| Defendant. | |

This matter is set for status on April 10, 2012 on a pending Form 12 alleging that Mr. Browning has tested positive for controlled substances while on supervised release. Mr. Browning is out of custody. It turns out that counsel for defendant will be out of town and is unavailable on April 10, 2012. Counsel for the government is also unavailable. After consulting with Probation, IT IS HEREBY STIPULATED between the

///

**STIPULATION AND PROPOSED ORDER ALLOWING TRAVEL** 1

parties that the status hearing on April 3, 2012 may be vacated and continued to May 1, 2012.

**SO STIPULATED.**

DATED: April 3, 20012  By:  /S/Hartley West
                            Hartley West
                            Assistant United States Attorney


DATED: April 3, 2012  By:  /S/Erik Babcock
                           ERIK BABCOCK
                           Attorney for Defendant


**SO ORDERED**

DATED: April 10, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER ALLOWING TRAVEL**  2