ERIK BABCOCK, SBN 172514
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405

Attorney For Defendant
BRIAN BROWNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

BRIAN BROWNING,

        Defendant.
_____/

No. CR 03-329 VRW

**STIPULATION AND PROPOSED ORDER CONTINUING STATUS APPEARANCE ON FORM 12**

This matter is set for status on Julyl 10, 2012 on a pending Form 12 alleging that Mr. Browning has tested positive for controlled substances while on supervised release. Mr. Browning is out of custody. It turns out that counsel for defendant will be out of town and is unavailable on July 10, 2012. After consulting with Probation, IT IS HEREBY STIPULATED between the

///

parties that the status hearing on July 10, 2012 may be vacated and continued one week to July 17, 2012.

**SO STIPULATED.**

DATED: July 2, 20012          By:     /S/Hartley West
                                      Hartley West
                                      Assistant United States Attorney


DATED: July 2, 2012           By:     /S/Erik Babcock
                                      ERIK BABCOCK
                                      Attorney for Defendant


**SO ORDERED**

DATED:   July 10, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE